930

No. 97–8662. SOLOMON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–8672. CROSS v. CITY OF NEWARK, CALIFORNIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–8674. BORCK v. OREGON. Ct. App. Ore. Certiorari denied.

No. 97–8683. DAVIS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8685. SCHLEEPER v. MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 97–8686. PIERCE v. CARUSO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8690. KING v. ADAMSON ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 97–8691. KRISHNAMURTHY v. NIMMAGADDA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8703. ESTEP v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 97–8708. COZZENS v. BOZZA ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8731. REYNOLDS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–8744. HUNG THANH LE v. OKLAHOMA; and WILLINGHAM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8780. BARBARY v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 97–8800. HUMPHREYS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8836. SARKAR v. TEMPLE UNIVERSITY. C. A. 3d Cir. Certiorari denied.